JS-6

**FILED**
**CLERK, U.S. DISTRICT COURT**
OCT 2 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DONALD M. GINDY, SB#45228
E-Mail:dgindy@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff,
VBCONVERSIONS LLC

LBBS 33162-31

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VM INNOVATIONS, INC., a Nebraska corporation; LAPKOSOFT, a Nebraska business entity; VITALI LAPKO, an individual; JEFF RAPP, an individual; DOES 1-10, INCLUSIVE,<br><br>Defendant. | CASE NO. CV13-00852-GAF-MAN<br>*[Assigned to the Hon. Gary A. Fees]*<br>ORDER ON<br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(i)**<br><br>Trial Date:    None Set<br><br>IT IS SO ORDERED<br>Dated 10/22/13<br><br>_____<br>United States District Judge |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(i), Plaintiff VBCONVERSIONS LLC, by and through its counsel of record, hereby voluntarily dismisses this action, with prejudice, against Defendants, VM INNOVATIONS, INC., a Nebraska corporation; LAPKOSOFT, a Nebraska business entity; VITALI

1 | LAPKO, an individual; JEFF RAPP, an individual

3 | DATED: October 21, 2013        Respectfully submitted,

DONALD M. GINDY
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Donald M. Gindy
Attorneys for Plaintiff,
VBCONVERSIONS LLC